Southern District of Texas
**ENTERED**
August 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GUADALUPE LOPEZ-MONROY | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19–CV–00051 |
| | § | |
| WAL-MART STORES TEXAS, LLC; and CHRISTOPHER MACIOCHA | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 8, 2019, Plaintiff's Opposed Motion to Remand (Dkt. 18) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 20. On July 23, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 24) recommending that Plaintiff's Opposed Motion to Remand (Dkt. 18) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 24) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Opposed Motion to Remand (Dkt. 18) is **GRANTED**;

(3) This action, originally numbered 18-CV-1107 by the Galveston County District Clerk, is **REMANDED** back to the 56th District Court of Galveston County, Texas, effective immediately; and

(4) A certified copy of this order will be mailed by the Clerk of this court to the Clerk of the 56th District Court of Galveston County, Texas entitling that Court to proceed with the action according to the laws of the State of Texas.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 8th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge